**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ernest BAILEY, Defendant—Appellant.**

No. 10–6330.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 28, 2010.

Ernest Bailey, Appellant Pro Se. Albert David Copperthite, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Bailey, a federal prisoner, appeals the district court's order denying his motion for reconsideration of the denial of his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition, and its subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bailey*, No. 1:00–cr–00152–MJG–1 (D. Md. Jan. 8, 2010; Jan. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*